No. 68439.—Davis Products, Inc. v. United States, protests 62/7675, 62/10613, and 63/10823 (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of footballs and other balls, which are not chiefly used for the amusement of children, are not wholly or in chief value of rubber, and are primarily designed for use in physical exercise, the claim of the plaintiff was sustained.